UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PERRY SMITH, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:07CV1830 AGF |
| DISMAS HOUSE OF ST. LOUIS, et al., | ) |
| Respondents. | ) |

## **ORDER**

Upon review of the Court file, petitioner has failed to comply with the Court's order dated **November 20, 2007.** Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b)

Dated this 31st Day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE