# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PERRY SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:07CV1830 AGF |
| ) | |
| DISMAS HOUSE OF ST. LOUIS, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability. 28 U.S.C. § 2253.

Dated this 31st Day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE